Date:          September 18, 2015

To:            Northern District of California (Oakland)

From:          Markera Banks, JPMorgan Chase Bank, NA

Subject:       Withdrawal -Notice of Mortgage Payment


Please withdraw the Notice of Mortgage Payment filed on 08/31/15 @12:24pm

Debtor Name:   Ricardo Fleeton and Tochia Denise Brewster Fleeton

Account ending in: 0269

Case # 10-74830

Filed under claim # 5


The reason for this withdrawal is because the uploaded PCN in Pacer was incorrect.


Please advise if you need more information.


Thanks,

Markera Banks | MB Doc Spec I – Document Execution | JPMorgan Chase